PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Greggory Alan Petty**  Case Number: **1:00CR00078**

Name of Sentencing Judicial Officer:   **The Honorable S. Arthur Spiegel**
                                        **United States Senior District Judge**

Date of Original Sentence: **February 22, 2001**

Original Offense: **Interstate Transportation of Money Taken by Fraud**

Original Sentence: **18 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**        Date Supervision Commenced: **July 16, 2002**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | The defendant shall pay restitution in the amount of $470,198.57. |

U.S. Probation Officer Action: **On February 22, 2001, the Court sentenced Greggory A. Petty to 18 months imprisonment and three years of supervised release after he was convicted of Interstate Transportation of Money Taken by Fraud, in violation of 18 U.S.C. § 2314. This offense involved the defendant embezzling $470,198.57 from his customers while he was employed as an agent for Equitable Life Assurance Society (ELAS) between May 1997 and December 1998. Petty received eleven checks from ELAS clients for deposit into their respective accounts. Instead of depositing the checks, he placed them in his personal bank account and used the funds to gamble at a casino in Lawrenceburg, Indiana.**

**Following imprisonment, Petty began his term of supervised release on July 16, 2002. He participated in mental health counseling, reported to his probation officer as instructed, and otherwise complied with the conditions of his release. He has paid his special assessment in full and $2,580 toward his restitution. He has a restitution balance of $467,618.57. Petty is currently disabled as a result of his mental health condition and receives monthly disability payments of $3,316.**

**The offender's term of supervised release is due to expire July 15, 2005. He does not appear capable of paying restitution in full by the end of his supervision. This officer will notify the United States Attorney's Office, Financial Litigation Unit, of the defendant's restitution balance. As Petty has complied with the conditions of his supervision, and the United States Attorney's Office has resources available to continue to pursue the collection of restitution following supervision, it is respectfully recommended the Court allow the defendant's supervision to expire as scheduled.**

PROB 12A
(12/98)

2

| Respectfully submitted, | Approved, |
|---|---|
| by *[signature]* <br> **Thomas Barbeau** <br> U. S. Probation Officer <br> Date: **June 7, 2005** | by *[signature]* <br> Supervising U. S. Probation Officer <br> Date: 6-8-05 |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

6/15/05
Date